# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED & FILED
2019 AUG 15 PM 2:49

U.S. DISTRICT COURT
SAN JUAN, P.R.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19-1568 (LM)
)
iPhone cellular phone, IMEI: 353069102556626, SIM )
Card 8901260603 799475055 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

   An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  ___San Juan___   District of  ___Puerto Rico___
*(identify the person or describe the property to be searched and give its location)*:
iPhone cellular phone, IMEI: 353069102556626, SIM Card 8901260603 799475055

   The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Refer to Attachment B, incorporated by reference herein.

   I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

   **YOU ARE COMMANDED** to execute this warrant on or before   ___8/27/19___
                                                                                                                                   *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Bruce J. McGiverin   _____ .
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   ___AUG 13 2019 1:50 p.m.___        ___[signature]___
                                                                                                      *Judge's signature*

City and state:   ___SAN JUAN, PUERTO RICO___              U.S. Magistrate Judge Bruce J. McGiverin
                                                                                                  *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-1568 (m) | 8-15-19   10:45 am | ITS Anibel Lopez (HIDTA) |

Inventory made in the presence of:
SA Valle and ITS Anibel Lopez

Inventory of the property taken and name of any person(s) seized:

iPhone cellular phone, IMEI 353069102556626 turned over to ITS Anibel Lopez for data extraction including but not limited to:

- x Photos
- v Videos
- x Text
- x MMS
- x Chats
- x Social Media

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-15-2019

_____
Executing officer's signature

Israel Valle / Special Agent
Printed name and title

2019 AUG 15 PM 2:48
RECEIVED & FILED
INTAKE DROP BOX